

**RUTGERS**
New Jersey Agricultural
Experiment Station

Mass Spectrometry Facility
Center for Advanced Food Technology
Rutgers, The State University of NJ
63 Dudley Road
New Brunswick, NJ 08901-8520

Thomas G. Hartman, Ph.D.
Laboratory Director
hartmantg@aol.com
Phone: 848-932-5543
Fax: 732-932-6776

November 14, 2019

Spencer Sheehan, Esq.
Sheehan & Associates, P.C.
505 Northern Blvd
Suite 311
Great Neck, NY 11021

spencer@spencersheehan.com

## CONFIDENTIAL

## Mass Spectrometry Laboratory Analysis Report #7546

## Flavor Analysis of Breyer's Natural Vanilla Ice Cream

Dear Mr. Sheehan:

This is the report pertaining to the above-captioned samples that you submitted for flavor analysis.

**I   Sample Log**

The following samples were received for analysis:

1.  Breyer's Natural Vanilla Ice Cream, Production Code: 29230 A 07:58

**II   Analysis Request**

The analysis request was to extract and analyze the flavors from the vanilla ice cream.

1

### III    Analysis Methodology

The vanilla ice cream (10 g) was transferred to a borosilicate glass test tube sealed with Teflon-lined, screw cap closure, thawed, matrix-spiked with 10 µg of naphthalene-$d_8$ internal standard (1.0 ppm w/v) and mixed thoroughly using a lab vortexor. The thawed ice cream was then divided into 4 equal portions, transferred to glass vials and extracted with equal volumes (1:1) of methylene chloride. The layers were allowed to separate and then the methylene chloride extracts isolated and pooled together. The pooled extracts were centrifuged 30 minutes at 2500 rpm to clarify (separate any water or emulsion) then dried with anhydrous sodium sulfate. The dried extract was concentrated under a gentle stream of nitrogen to a final volume of approximately 0.5 mL then transferred to a Purge & Trap apparatus (Scientific Instrument Services, Solid Sample P&T system) and subjected to Purge & Trap-Thermal Desorption-GC-MS analysis as follows:

### Purge & Trap-Thermal Desorption-GC-MS

Concentrated methylene chloride extract prepared as described above was evaporated to dryness in a stream of nitrogen gas inside the glass tubing of the purge & trap apparatus (SIS Solid Sample Purge & Trap Oven). Immediately upon reaching dryness the sample was subjected to P&T analysis by purging with nitrogen at 50 ml per minute for 30 minutes at 150°C. The exhaust of the P&T apparatus was fitted with a Tenax-TA adsorbent trap. The traps were then connected to the Short Path Thermal Desorption system and thermally desorbed directly into the GC-MS system for final analysis (SIS Model TD-4 Short Path Thermal Desorber). The thermal desorption conditions were 250°C for 5 minutes. A method blank was prepared and analyzed prior to the vanilla ice cream sample. Compounds detected in the method blank were disregarded in the data treatment of the test sample.

### GC-MS Analysis Methodology

Analyses of Tenax traps prepared as described above were conducted using a Scientific Instrument Services (SIS) model TD4 Short Path Thermal Desorber interfaced to the Varian 3400 GC directly coupled to a Finnigan TSQ-7000 triple stage quadrapole tandem mass spectrometer equipped with an Xcaliber data

system. Thermal desorption conditions were 250°C for 5 minutes using sub-ambient, cryogenic GC column temperature programming. The GC was equipped with a 60 meter x 0.32 mm i.d. Guardian-ZB-5MS capillary column with a 1.0 µm film thickness (Phenomonex). The mass spectrometer was operated in electron ionization mode (70 eV) scanning masses 35-350 once each second.

## Materials

Naphthalene-$d_8$ used as internal standard for the study was purchased from Sigma-Aldrich Chemical Co, St. Louis MO. Methylene chloride was purchased from Thermo Fisher Scientific. All thermal desorption supplies were purchased from Scientific Instrument Services, Inc., Ringoes, NJ.

## IV   Results

The GC-MS analysis data for the vanilla ice cream flavor is summarized in Table 1. The GC-MS chromatogram corresponding to the Table is presented in Figure 1. From left to right, the Table lists the MS scan number (from centroid of peak), peak area integration, peak identification and then concentration data expressed in parts per million (ppm w/v). The data is semi-quantitative and based on peak area ratio to the matrix-spiked internal standard (naphthalene-$d_8$) assuming a detector response factor of 1.0 with no correction for extraction efficiency.

If you have any questions or if I can be of further assistance to you then please don't hesitate to contact me.

Respectfully Submitted,

*[signature]*

Thomas G. Hartman, Ph.D.
Mass Spectrometry Lab Director
& Research Professor

# Attachments

- Table 1, Analysis Results Summary

- Figure 1, GC-MS Chromatogram

- Analysis Data Forms

- Photo of Test Sample

Table 1

**Sheehan & Associates, P.C., Project #7546**
**Breyer's Natural Vanilla Ice Cream**
**Production Code: 29230 A 07:58**
**Methylene Chloride Extract of 10.0 g with 1 ppm Matrix-Spiked Int. Std. by P&T-TD-GC-MS**

Data File = TSQA3571

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---:|---:|---|---:|
| 205 | 99298 | acetic acid | 0.022 |
| 250 | 3625596 | diacetyl | 0.797 |
| 342 | 268657 | acetoin | 0.059 |
| 447 | 440003 | butyric acid | 0.097 |
| 474 | 2288379 | ethyl lactate | 0.503 |
| 510 | 679180 | dimethylsulfoxide (DMSO) | 0.149 |
| 632 | 14688936 | dimethyl sulfone | 3.230 |
| 684 | 5573689 | hexanoic acid | 1.226 |
| 750 | 115042 | benzyl alcohol | 0.025 |
| 769 | 568416 | heptanoic acid | 0.125 |
| 806 | 540814 | guaiacol | 0.119 |
| 813 | 465017 | nonanal | 0.102 |
| 836 | 139435 | maltol | 0.031 |
| 885 | 12067851 | octanoic acid | 2.654 |
| 890 | 77124 | benzoic acid | 0.017 |
| 912 | 315936 | 2-methoxy-4-methylphenol | 0.069 |
| 928 | 4547572 | naphthalene-d8 (internal standard) | 1.000 |
| 971 | 3843797 | nonanoic acid | 0.845 |
| 1007 | 187607 | delta-nonalactone | 0.041 |
| 1030 | 148583 | 2,4-decadienal | 0.033 |
| 1065 | 7005324 | decanoic acid | 1.540 |
| 1121 | 25782638 | vanillin | 5.670 |
| 1140 | 125485 | undecanoic acid | 0.028 |
| 1158 | 376018 | vanillyl ethyl ether | 0.083 |
| 1195 | 335836 | delta-decalactone | 0.074 |
| 1225 | 1486537 | lauric acid | 0.327 |
| 1338 | 81955 | gamma-dodecalactone | 0.018 |
| 1365 | 268239 | delta-dodecalactone | 0.059 |
| 1381 | 405333 | myristic acid | 0.089 |
| | | **Total (excluding internal standard)** | **18.03** |



TSQA3571
Type: Unknown ID: 1 Row: 1
Sample Name:        Breyer's Natural Vanilla Ice Cream (Production Code:
                    29230 A 07:58), DCM Extract, 150C/30min, matrix spiked
                    with w/w 1.0ppm Int. Std. by P&T-TD-GC-MS
Study:
Client:             Sheehan & Associates, P.C., LLN7546
Laboratory:         Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:  C:\Xcalibur\methods\voc45solventdelay6min.meth
Processing Method:
Vial:                   1
Injection Volume (µl): 10.00
Sample Weight:          0.00
Sample Volume (µl):     0.00
ISTD Amount:            0.00
Dil Factor:             1.00

## SHORT PATH THERMAL DESORPTION DATA FORM
### MASS SPECTROMETRY LABORATORY

ANALYST: Joe Scarsella        PROJECT #: 7546        DATE: 11/7/19

PROJECT SPONSOR: Sheehan and Associates, P.C.

INSTRUMENT: SCIENTIFIC INSTRUMENT SERVICES INC., (SIS) MODEL TD-2
SHORT PATH THERMAL DESORPTION SYSTEM & ACCESSORIES

TYPE OF ANALYSIS:   ☐ DIRECT THERMAL DESORPTION (DTD)

☒ PURGE & TRAP - THERMAL DESORPTION (P&T-TD)

### PURGE & TRAP AND DIRECT THERMAL DESORPTION CONDITIONS:

SAMPLE DESCRIPTION: DCM extract of Breyer's Natural Vanilla ice cream

SAMPLE SIZE: _____        SAMPLE MATRIX:  ☐ GAS   ☐ LIQUID   ☒ SOLID

PURGE & TRAP APPARATUS:   ☒ SIS SOLID MATRIX SAMPLING OVEN

☐ SIS LIQUID PURGE VESSEL   ☐ WHEATON LIQUID SAMPLER   ☐ SKC PUMP

☐ CUSTOM APPARATUS: _____

PURGE GAS: ☒ NITROGEN  ☐ HELIUM  ☐ AIR    PURGE GAS FLOW RATE: 50 mL/min

PURGE & TRAP TIME: 30 min   TEMPERATURE: 150°C   DRY PURGE TIME: 90 min

ADSORBENT TRAP: ☒ TENAX   ☐ CARBOXEN-569   ☐ OTHER: _____

ADSORBENT TRAP BED VOLUME:   ☐ 2cm   ☐ 4cm   ☒ 6cm   ☐ 8cm

GLT DESORPTION TUBE INSIDE DIAMETER:   ☐ 3mm i.d.   ☒ 4mm i.d.

INTERNAL STANDARD: benzene-d6, toluene-d8, naphthalene-d8   AMOUNT INTERNAL STANDARD: 1.0 ppm w/w

INTERNAL STANDARD SPIKE:  ☒ MATRIX SPIKE   ☐ ADSORBENT TRAP SPIKE

### THERMAL DESORPTION CONDITIONS:

DESORPTION TEMP.: 250°C   DESORPTION TIME: 5 min   INJ. TIME: 30 sec

INITIAL PURGE TIME: 10 sec   TYPE OF ANALYSIS:   ☐ GC   ☒ GC-MS

COMMENTS: _____

## TSQ-7000 MASS SPECTROMETRY ANALYSIS DATA FORM
### MASS SPECTROMETRY LABORATORY

DATA FILE(S): TSQA3571    PROJECT #: 7546    DATE: 11/7/19
PROJECT SPONSOR: Sheehan + Associates, P.C.    ANALYST: Joe Scarsella
SAMPLE DESCRIPTION: Breyer's Natural Vanilla ice cream, DCM extract

### GC CONDITIONS:

INSTRUMENT: Varian 3400    COLUMN: ZB5-MS    SERIAL #: —
LENGTH: 60 m    DIAMETER: 0.32 mm    FILM THICKNESS: 0.25 μm
TYPE OF INJECTION:   ☒ SPLIT    ☐ SPLITLESS    ☐ ON-COLUMN
                     ☐ HEADSPACE    ☒ THERMAL DESORPTION
INJ. LINER: ☐ CYCLOID ☐ 2mm Direct ☒ 4mm Direct ☐ _____ (Other)
INJECTION VOLUME: —    INJECTOR TEMPERATURE: 250°C
SEPTUM PURGE: ☒ YES ☐ NO    SPLIT RATIO: 10:1
CARRIER GAS: He    CARRIER FLOW (ml/min.): —    or PSI HEAD PRESS.: 20 psi
TEMP. PROGRAM: -20°C → 260°C @ 10°C/min
GC-MS INTERFACE LINE TEMPERATURE: 280°C    GC MAINTENANCE:
☒ SEPTUM CHANGE    ☐ CLEAN & SILANIZE INJ. LINER    ☒ Column Bakeout

### MASS SPECTROMETER CONDITIONS:

INSTRUMENT: Finnigan MAT TSQ7000    DATA SYSTEM: Xcaliber
IONIZATION MODE: ☒ EI (70 eV) ☐ CI ☒ +ION ☐ -ION ☐ CID (MS-MS)
IF CI THEN INDICATE REAGENT GAS ☐ METHANE ☐ ISOBUTANE ☐ AMMONIA
ION SOURCE TEMP.: 185°C    FILAMENT EMISSION CURRENT: 400 μA
TYPE OF ANALYSIS: ☒ GC-MS ☐ DCI ☐ EI/CI DIRECT PROBE ☐ BATCH INLET
☐ SIM MODE: ION(s) MONITORED: —
☐ MS-MS MODE: CID PRESSURE mT: —    COLLISION ENERGY V: —
☐ SRM MODE: DAUGHTER ION(S) MONITORED: —
DCI OR DIRECT PROBE TEMPERATURE RAMP: —
MASS RANGE: 35-350    SCAN RATE (seconds/decade): 1.0 sec
TUNE FILE: EI-Tune    METHOD FILE: VOC45solventdelay6min.meth
COMMENTS: