# EXHIBIT 2

## CONFIDENTIAL

Redacted